## NATIONAL LABOR RELATIONS BOARD v. SHAWNEE MILLING COMPANY.

### No. 2419.

Circuit Court of Appeals, Tenth Circuit.

Nov. 10, 1941.

Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Kenneth L. Abernathy, of Shawnee, Okl., for respondent.

Before PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Consent decree enforcing the order of the Board entered pursuant to stipulation of the parties.

## B. F. WOODS v. UNITED STATES of America.

### No. 2425.

Circuit Court of Appeals, Tenth Circuit.

Nov. 10, 1941.

Romeo Cunningham and Fletcher A. Catron, both of Santa Fe, N. M., for appellant.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, for failure diligently to prosecute.